# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CIVIL MINUTES - GENERAL

| Case No. | SA CV 04-562-CJC(ANx) | Date | September 19, 2005 |
|---|---|---|---|

| Title | Innovative Beverage Concepts Inc., etc. -v- Ames International Inc., etc. |
|---|---|

| Present: The Honorable | CORMAC J. CARNEY | | |
|---|---|---|---|
| Debra Beard | Maria Dellaneve | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:

Carlo F. Van den Bosch
Finely Taylor
Monica Thornton

Attorneys Present for Defendants:

Jim P. Mahacek



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV 04-562-CJC(ANx)                           Date   September 19, 2005

Title   Innovative Beverage Concepts Inc., etc. -v- Ames International Inc., etc.

**Proceedings:**   **DEFENDANT AMES INTERNATIONAL, INC'S MOTIONS IN LIMINE TO EXCLUDE:**

1) TO PREVENT ANY REFERENCE TO THIS COURT'S PRELIMINARY INJUNCTION AND FINDINGS LEADING TO THE ISSUANCE OF A PRELIMINARY INJUNCTION (FLD 8-22-05)

2) ANY EXPERT TESTIMONY FROM INNOVATIVE BEVERAGE CONCEPTS, INC'S EXPERT, RICHARD LEE, ON COST OF CORRECTIVE ADVERTISING AND THE LOSS OF VALUE OF IBC'S TRADEMARK; IN THE ALTERNATIVE, REQUEST FOR FEDERAL RULES OF EVIDENCE, RULE 104 HEARING (FLD 8-23-05);

3) ANY EXPERT TESTIMONY FROM INNOVATIVE BEVERAGE CONCEPTS, INC'S EXPERT, RICHARD LEE, ON AMES' EXPENSE AND NET PROFITS RE: THE TEAOSOPHY BRAND; IN THE ALTERNATIVE, REQUEST FOR FEDERAL RULES OF EVIDENCE RULE 104 HEARING (FLD 8-23-05);

4) ANY EXPERT TESTIMONY FROM INNOVATIVE BEVERAGE CONCEPTS, INC'S EXPERT, ROBERT MCCALEB ON THE MARKETING OF TEA TO THE PUBLIC FOR ITS HEALTH BENEFITS, TEAOLOGY'S LABELING AND FDA REQUIREMENTS FOR LABELING; IN THE ALTERNATIVE, REQUEST FOR FEDERAL RULES OF EVIDENCE, RULE 104 HEARING (FLD 8-22-05)

5) ANY EXPERT TESTIMONY FROM INNOVATIVE BEVERAGE CONCEPTS, INC'S EXPERT, ROBERT MCCALEB ON WHETHER TEAOLOGY IS GENERIC OR A DESCRIPTIVE TERM WITHIN THE TEA INDUSTRY, IN THE ALTERNATIVE, REQUEST FOR FEDERAL RULES OF EVIDENCE, RULE 104 HEARING (FLD 8-22-05)

6) ANY EXPERT TESTIMONY FROM INNOVATIVE BEVERAGE CONCEPTS, INC'S EXPERT, ROBERT MCCALEB FOR IBC'S FAILURE TO MAKE HIM AVAILABLE FOR DEPOSITION (FLD 8-22-05)

**CROSS-DEFENDANT INNOVATIVE BEVERAGE CONCEPTS, INC. MOTIONS IN LIMINE TO EXCLUDE:**

1) ANY TESTIMONY OR EVIDENCE THAT TEAOLOGY IS NOT TEA BY AMES I   INTERNATIONAL, INC. (FLD 8-29-05)

2) THE REPORT AND TESTIMONY OF AMES INTERNATIONAL, INC.'S DESIGNATED EXPERT RONALD R. BUTTERS (FLD 8-29-05)

3) ANY TESTIMONY OR EVIDENCE THAT IBC MISLABELED OR MISBRANDED ITS PRODUCTS IN VIOLATION OF THE FOOD, DRUG AND COSMETIC ACT (FLD 8-29-05)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 04-562-CJC(ANx) | Date | September 19, 2005 |
| Title | Innovative Beverage Concepts Inc., etc. -v- Ames International Inc., etc. | | |

**PLAINTIFF/COUNTER-DEFENDANT INNOVATIVE BEVERAGE CONCEPTS, IN C. MOTIONS IN LIMINE TO EXCLUDE:**

1) EVIDENCE NOT PREVIOUSLY DISPOSED; AND AWARDING MONETARY SANCTIONS FOR FAILURE TO COMPLY WITH MANDATORY PRE-TRIAL RULES (FLD 8-29-05)

2) THE TESTIMONY OF PHILIP JOHNSON (FLD 8-29-05)

3) AMES FROM PRESENTING EVIDENCE OF DEDUCTIONS **UNDER SEAL APP PENDING** (FLD 8-29-05)

4) AMES FROM PRESENTING EVIDENCE CONCERNING THE DEFENSE OF LACHES (FLD 8-29-05)

5) CERTAIN EVIDENCE OF THIRD PARTY USE OF THE COINED TERM "TEAOLOGY" (FLD 8-29-05)

6) EVIDENCE OF ALLEGED DESCRIPTIVENESS OF THE TEAOLOGY MARK (FLD 8-29-05)

**COUNTER-DEFENDANT INNOVATIVE BEVERAGE'S MOTION FOR PARTIAL SUMMARY JUDGMENT (fld 7/15/05)**

**PRETRIAL CONFERENCE**

Court' Tentative Ruling issued re motion for partial summary judgment before case called. Case called. Hearing held. Court and counsel confer. Court rules in accordance with Tentative Ruling and grants in part and denies in part motion for partial summary judgment.

Court rules on motions in limine as shown on attached. .

Court requests counsel to meet and confer and submit to Court no later than September 23, 2005:   Joint Status of Case, Joint Witness List, (proposed) Joint Jury Instructions (proposed, agreed upon), (proposed) Voir Dire Questions and Joint Exhibit List.

Jury selection procedures discussed.

Counsel are advised that this matter will be placed on a "trailing" list and counsel will be given one weeks notice of trial date.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 04-562-CJC(ANx) | Date | September 19, 2005 |
| Title | Innovative Beverage Concepts Inc., etc. -v- Ames International Inc., etc. | | |

Final pretrial conference continued to **September 26, 2005** at **3:30 p.m.**

                                                                    01  :  38

Initials of Preparer:
Initials of Deputy Clerk:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 04-562 CJC (ANx)                    Date: September 19, 2005

Title: <u>INNOVATIVE BEVERAGE CONCEPTS, INC. v. AMES INTERNATIONAL, INC.</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

<u>Debra Beard</u>                             __N/A__
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING RULINGS ON IBC AND AMES' MOTIONS *IN LIMINE***

**IBC's Motions *In Limine***

IBC's motion *in limine* #1 is DENIED.
IBC's motion *in limine* #2 is DENIED.
IBC's motion *in limine* #3 is DENIED.
IBC's motion *in limine* #4 is GRANTED.
IBC's motion *in limine* #5 is GRANTED in part and DENIED in part.
IBC's motion *in limine* #6 is DENIED.

**Ames' Motions *In Limine***

Ames' motion *in limine* #1 is GRANTED.
Ames' motion *in limine* #2 is DENIED.
Ames' motion *in limine* #3 is DENIED.
Ames' motion *in limine* #4 is GRANTED.
Ames' motion *in limine* #5 is GRANTED in part and DENIED in part.
Ames' motion *in limine* #6 is GRANTED in part and DENIED in part.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 04-562 CJC (ANx)                    Date: September 20, 2005
                                                  Page 2

**Counter-Defendant IBC's Motions *In Limine***

Counter-Defendant IBC's motion *in limine* to exclude any testimony or evidence that TEALOGY is not tea is DENIED.

Counter-Defendant IBC's motion *in limine* to exclude the report and testimony of Ames' designated expert Ronald R. Butters is DENIED.

Counter-Defendant IBC's motion *in limine* to exclude any testimony or evidence that IBC mislabeled or misbranded its products in violation of the Food, Drug, and Cosmetic Act is GRANTED.

bes

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk ____

Page 6 of 6